UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LEEANN M. DANNER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Civil No. 6:20-cv-00530-MC<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the administrative law judge to take any steps necessary to fully develop the administrative record, and to provide Plaintiff an opportunity for a new hearing and to submit additional evidence in support of her claim. Further, the Council will direct the ALJ to reevaluate the opinion evidence and reassess Plaintiff's residual functional capacity. If warranted, the ALJ will obtain supplemental vocational evidence or otherwise comply with Social Security Ruling 00-4p to resolve all apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified and the Dictionary of Occupational Titles.

Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED this   31st   day of   March            2021.

                                    s/Michael J. McShane
                                    UNITED STATES DISTRICT JUDGE

Submitted by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3858